Gregory E. Ferguson  
Mary A. Ferguson  
13940 Cedar Road #449  
Cleveland, Oh 44118  

Date:  6/18/2013

Regarding:  Ferguson, Gregory 2  
Invoice No:  17147

*Services Rendered*

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 1/02/2012 | JMM | Letter to Ohio Department of Job and Family Services regarding failure to file corporate tax return. Letter to clients regarding same and regarding duty to taxing authorities | 0.50 | $325.00 | $162.50 |
| 2/08/2013 | JMM | Received and reviewed ECMC letter. Letter to clients regarding the same. | 0.25 | $325.00 | $81.25 |
| 6/18/2013 | AJ | Prepared application for additional attorney fees | 0.25 | $95.00 | $23.75 |
| | | | | Total Fees | $267.50 |

*Expenses*

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 2/05/2013 | Postage | 1.00 | $0.90 |
| 2/15/2013 | Postage | 1.00 | $0.46 |
| | | Total Expenses | $1.36 |

Total New Charges     $268.86

*Staff Summary*

| Name | Hours | Rate |
|---|---|---|

Judith M. McInturff Co., L.P.A.

Page No.:    2

| | | |
|---|---|---|
| Adele Jackson | 0.25 | $95.00 |
| Judith M McInturff | 0.75 | $325.00 |