Gregory E. Ferguson  
Mary A. Ferguson  
13940 Cedar Road #449  
Cleveland, Oh 44118  

Date:  2/28/2014

Regarding: Ferguson, Gregory 2  
Invoice No:  17668

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 9/25/2013 | JMM | Review and respond to email from MDK regarding quit claim deed issuance | 0.10 | $325.00 | $32.50 |
| 12/03/2013 | JMM | Call with Mary regarding FR case | 0.10 | $325.00 | $32.50 |
| 12/03/2013 | JMM | Call regarding personal service on her son for the foreclosure case | 0.20 | $325.00 | $65.00 |
| 2/27/2014 | AJ | Prepared application for additional attorney fees | 0.25 | $95.00 | $23.75 |

Total Fees $153.75

Total New Charges $153.75

**Staff Summary**

| Name | Hours | Rate |
|---|---|---|
| Adele Jackson | 0.25 | $95.00 |
| Judith M McInturff | 0.40 | $325.00 |