Gregory Ferguson  
Mary Ferguson  
13940 Cedar Road #449  
Cleveland, Oh 44118  

Date:  1/08/2015

Regarding:  Ferguson, Gregory 2  
Invoice No:  18375

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 9/12/2014 | JMM | Review Trustee's records regarding IRS and claim; call client regarding same | 0.25 | $375.00 | $93.75 |
| 10/29/2014 | JMM | Office conference regarding job loss, corporate 941 issues and medical bills | 1.50 | $375.00 | $562.50 |
| 1/08/2015 | AJ | Prepare Application for Additional Attorney Fees. | 0.25 | $95.00 | $23.75 |

|  |  |
|---|---|
| Total Fees | $680.00 |
| Total New Charges | $680.00 |

**Staff Summary**

| Name | Hours | Rate |
|---|---|---|
| Adele Jackson | 0.25 | $95.00 |
| Judith M McInturff | 1.75 | $375.00 |