FILED

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISIONS

2015 JUN 1 PM 1 47

KENNETH JORDAN, CLERK
U.S. BANKRUPTCY COURT
COLUMBUS, OHIO

IN RE:                     CHAPTER 13

Gregg Ferguson
(debtor(s) name)

CASE NO 10-60569

JUDGE _____

NOTICE OF CHANGE OF ADDRESS
(DEBTOR ADDRESS)

| | |
|---|---|
| Your Name | Mary Ferguson |
| Your Name | Gregg Ferguson |
| Old Address | 13940 Cedar Rd. Apt 449, Cleveland, OH 44118 |
| New Address | 3272 Bluemont Park, Hilliard, OH, 43026 |
| Sign Here | Gregg Ferguson — 5-30-15 — 10-60569 |

CHANGE OF ADDRESS REQUEST FOR Chapter 13

COPIES TO:

UNITED STATES BANKRUPTCY COURT
170 N. HIGH ST
COLUMBUS OH 43115

Faye D. English, Chapter 13 Trustee
10 W. Broad Street, Suite 900
Columbus, OH 43215